NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: EARL LANGHAM, JR.,**
*Petitioner*

---

2021-185

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas.

---

**ON PETITION AND MOTION**

---

PER CURIAM.

## O R D E R

Earl Langham, Jr. has filed a submission at this court seeking a "writ of habeas corpus," "writ of mandamus," and "writ of quo warranto," demanding that Rodney Rodell-Reed be "free and clear of any wrong doing."

The Federal Circuit is a court of appeals that does not have original or appellate jurisdiction over writs of habeas corpus or criminal matters. *See* 28 U.S.C § 1295. Because this court does not have jurisdiction to issue a writ of habeas corpus, and because issuing a writ of mandamus here would not be in "aid our of [our] jurisdiction[]," 28 U.S.C. § 1651(a), we dismiss this petition.

Accordingly,

2                                                                    IN RE: LANGHAM

IT IS ORDERED THAT:

(1)  The petition is dismissed.

(2)  All pending motions are denied.

                                    FOR THE COURT

November 16, 2021        /s/ Peter R. Marksteiner
        Date              Peter R. Marksteiner
                          Clerk of Court

s25